UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES *ex rel.* KURT KROENING | DOCKET NO. 12-cv-366 |
| Plaintiffs/Relator, | Magistrate Judge Aaron E. Goodstein |
| v. | **NOTICE OF APPEARANCE** |
| FOREST PHARMACEUTICALS, INC. and FOREST LABORATORIES, INC. | |
| Defendants. | |

TO THE CLERK OF THE COURT:

Please take notice that John H. Hall, Of Counsel to Debevoise & Plimpton LLP, hereby appears on behalf of defendants Forest Pharmaceuticals, Inc. and Forest Laboratories, Inc.

Date: May 9, 2014

/s/ John H. Hall
John H. Hall
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York  10022
(212) 909-6000

jhhall@debevoise.com
*Attorney for Defendant*