# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES *ex rel.* KURT KROENING | |
| Plaintiffs/Relator, | DOCKET NO. 12-cv-366 |
| v. | Magistrate Judge Aaron E. Goodstein |
| FOREST PHARMACEUTICALS, INC. and FOREST LABORATORIES, INC. | |
| Defendants. | |

CIV. L. R. 7.1 DISCLOSURE STATEMENT OF DEFENDANTS
FOREST PHARMACEUTICALS, INC. AND FOREST LABORATORIES, INC.

Pursuant to Civ. L. R. 7.1, Defendant Forest Laboratories, Inc. states that (i) it does not have a parent corporation and (ii) no publicly held corporation owns 10 percent or more of its stock.

Defendant Forest Pharmaceuticals, Inc. states that it is a wholly owned subsidiary of Forest Laboratories, Inc.

Debevoise & Plimpton LLP will appear on behalf of the defendants in this action.

Date: May 9, 2014

/s/ John H. Hall
John H. Hall
Mark P. Goodman (*admission pending*)
Kristin D. Kiehn (*admission pending*)
Cari A. Wint (*admission pending*)

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York   10022
(212) 909-6000

jhhall@debevoise.com
mpgoodma@debevoise.com
kdkiehn@debevoise.com
cawint@debevoise.com

*Attorneys for Defendants*