**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

|  |  |
|---|---|
| UNITED STATES *ex rel.* KURT KROENING | : <br> : DOCKET NO. 12-cv-366 <br> : <br> Plaintiffs/Relator, : Magistrate Judge Aaron E. Goodstein <br> : <br> v. : <br> : <br> FOREST PHARMACEUTICALS, INC. and : <br> FOREST LABORATORIES, INC. : <br> : <br> Defendants. : <br> : <br> : <br> : |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO
## RESEAL CONFIDENTIAL DOCUMENTS

This court has considered the Defendants' Motion to Reseal Confidential Documents previously entered in this matter, (Docket No. 28). The motion is unopposed and the court finds good cause to enter the requested order.

Therefore , it is hereby **ORDERED** that (*i*) Exhibit 5 to the Complaint, (Docket No. 1-9), (*ii*) Exhibits 10–11 to the Complaint, (Docket Nos. 1-14; 1-15); and (*iii*) Exhibits 13–16 to the Complaint, (Docket Nos. 1-17; 1-18; 1-19; 1-20), are sealed.

Dated at Milwaukee, Wisconsin this 14th day of May, 2014.

AARON E. GOODSTEIN
U.S. Magistrate Judge