

**CROSS LAW FIRM, S.C.**

**EMPLOYMENT & BUSINESS LAW**

WWW.CROSSLAWFIRM.COM

Lawyers' Building
845 North 11th St.
Milwaukee, WI 53233
414-224-0000

505 Arcadian Ave
Waukesha, WI 53186
262-548-0001

Satellite Offices:

215 Grand Avenue
Wausau, WI 54403
715-849-5200

111 East Wacker Suite 2600
Chicago, IL 60601

Office-Wide Facsimile:
414-273-7055

# CROSS LAW FIRM, S.C.

November 30, 2016

<u>*Via electronic court filing only*</u>

Magistrate Judge William E. Duffin
United States Courthouse Room 250
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: <u>United States *ex rel* Kurt Kroening v. Forest Pharmaceuticals, Inc.</u>
<u>Case No. 12-CV-366</u>

Dear Judge Duffin:

In the event the agreements are not signed by date of the next conference call and given your questions during our November 28, 2016 status conference about negotiations with the United States and the states, I request the court's permission to allow two additional participants in the court status conference call at 11 a.m. on Thursday, December 8, 2016. They would act as resources for the Court and both have agreed to do so.

To provide information about the status of negotiations with the United States, I request participation in the call by Stacy C. Gerber Ward, assistant United States attorney in the Eastern District of Wisconsin, Chief of Civil Frauds. To provide information about the status of negotiations with the states, I request participation by Kerry Muldowney Ascher, Assistant Attorney General, in the Texas Attorney General Civil Medicaid Fraud Division. Ms. Ascher is the state's representative for the National Association of Medicaid Fraud Control Units (NAMFCU).

I would provide both with the needed information to dial into the court conference call on Thursday, December 8, 2016.

Very truly yours
**CROSS LAW FIRM, S. C.**

Nola J. Hitchcock Cross
Attorney at Law
njhcross@crosslawfirm.com
NJHC/rng