UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES *ex rel.*
KURT KROENING,

      Plaintiffs,

    v.                    Case No. 12-CV-366

FOREST PHARMACEUTICALS, INC. and
FOREST LABORATORIES, INC.,

      Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Susan M. Knepel appears for Plaintiff, United States of America in the above-entitled action. Please direct all ECF notices to Attorney Knepel at Susan.Knepel@usdoj.gov.

Dated this 15th day of February, 2017.

                GREGORY J. HAANSTAD
                United States Attorney

By:   /s/ Susan M. Knepel

                SUSAN M. KNEPEL
                Assistant United States Attorney
                Wisconsin State Bar No. 1016482
                530 Federal Courthouse
                517 E. Wisconsin Avenue
                Milwaukee, WI 53202
                Telephone: (414) 297-1723
                Facsimile:  (414) 297-4394
                Email: susan.knepel@usdoj.gov