UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES *ex rel.*
KURT KROENING,

        Plaintiffs,

        v.                               Case No. 12-CV-366

FOREST PHARMACEUTICALS, INC. and
FOREST LABORATORIES, INC.,

        Defendants.

## NOTICE REGARDING ECF NOTICES

PLEASE TAKE NOTICE that Stacy C. Gerber Ward will no longer be employed by the United States Department of Justice United States Attorney's Office and therefore should no longer receive ECF notices regarding the above captioned case. As the record reflects, Attorney Susan M. Knepel has filed a Notice of Appearances on behalf of the United States of America.

Dated this 15th day of February, 2017.

                                            GREGORY J. HAANSTAD
                                            United States Attorney

                        By:    /s/ Stacy C. Gerber Ward

                                            STACY C. GERBER WARD
                                            Assistant United States Attorney
                                            Eastern District of Wisconsin
                                            517 E. Wisconsin Ave.
                                            Milwaukee, WI 53202
                                            State Bar No. 1022067
                                            (414) 297-1700
                                            Facsimile: (414) 297-4394
                                            stacy.g.ward@usdoj.gov