# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, *ex. rel.* KURT KROENING, ET AL.,

        **Plaintiffs/Relator,**

     **v.**             **Case No. 12-C-366**

FOREST PHARMACEUTICALS, INC. and
FOREST LABORATORIES, INC.,

        **Defendants.**

## COURT MINUTES OF TELEPHONE STATUS CONFERENCE

## HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE:  **February 17, 2017 at 11:00 a.m.**     DEPUTY CLERK: Linda M. Zik

TAPE:        FTR Gold

TIME COMMENCED:    11:02:02 a.m.     TIME CONCLUDED:  11:05:51 a.m.

**APPEARANCES:**

     PLAINTIFFS/RELATOR:  **Mary Flanner for Nola J. Hitchcock Cross**

     DEFENDANTS:        **Kristin D. Kiehn / Alex Ginsberg**

**COMMENTS:**

KIEHN updates the court on the status of the case. The State portion of the settlement process is complete. The federal resolution was completed but the states had 60 days to decide if they would participate in the settlement. All States agreed and settlements were executed for the 50 states and the District of Columbia. Payment was made Wednesday. The only thing remaining is for Attorney Cross to dismiss the case.

MARY FLANNER joins the call for Nola Hitchcock Cross. She received an email this morning at 10:46 a.m. stating the State payments have been made. She is contacting the State representative to verify this and then the case can be dismissed next week.

COURT states it will not set another status conference. Plaintiffs should file the dismissal at its earliest convenience.

KIEHN notes their response to the complaint is due today and asks the Court to extend the deadline to next week.

COURT extends defendant's answer deadline to February 24. We should have notice of dismissal by then.