UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

UNITED STATES *ex rel.*, *et al,* and
KURT KROENING,

        Plaintiff(s)

   v.

FOREST PHARMACEUTICALS, INC., and
FOREST LABORATORIES, LLC.

        Defendant(s)

Civil Action No. 12-CV-00366

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(i) of the Federal Rules of Civil Procedure, Relator Kurt Kroening, by his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, and without costs, against both Defendants: Forest Pharmaceuticals, Inc., and Forest Laboratories, LLC.

The government has indicated to Relator's counsel that it has no objection to this dismissal. Dismissal as to the United States is with prejudice as to the covered conduct, and without prejudice as to any other claims as described in paragraph 17 of the settlement agreement.

Dated:   February 24, 2017

/s/ Mary C. Flanner
Nola J. Hitchcock Cross (WI SBN 1015817)
Mary C. Flanner (WI SBN 1013095)

Cross Law Firm, S.C.
845 North 11th Street
Milwaukee, WI 53233
Telephone (414) 224-0000
Fax (414) 273-7055
njhcross@crosslawfirm.com
mflanner@crosslawfirm.com

*Attorneys for Plaintiff/Relator*

2