IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES, *et al.*, AND
*ex rel.* KURT KROENING,

    Plaintiffs,

    v.                                                Case No. 12-CV-00366

FOREST PHARMACEUTICALS, INC.
AND FOREST LABORATORIES, LLC,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the State of Wisconsin appears in this action by its attorneys, Attorney General Brad D. Schimel and Assistant Attorney General Katie M. Wilson, and request that service of all pleadings and other papers be made upon Assistant Attorney General Katie M. Wilson as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857.

Dated this 18th day of May 2017.

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General

s/ Katie M. Wilson
KATIE M. WILSON
Assistant Attorney General
State Bar #1074344

Attorneys for the State

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 261-8116
(608) 261-7991 (Fax)
wilsonkm@doj.state.wi.us